Vaughn A. Crawford, Esq.
Nevada Bar No. 7665
Morgan T. Petrelli, Esq.
Nevada Bar No. 13221
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: vcrawford@swlaw.com
　　　　mpetrelli@swlaw.com

*Attorneys for Defendant*
*Ford Motor Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARLEM FIGUEROA, individually, DANIEL FIGUEROA, individually, JANIE SAN JUANITA GARCIA as natural parent and legal guardian of DANIA FIGUEROA, a Minor, DAMIEN FIGUEROA, individually, DANTE FIGUEROA, individually, MARISOL CONTREAS, as natural parent and legal guardian of LESLIE FIGUEROA, a Minor,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY; DOE OWNERS I-V, DOE DRIVERS I-V, ROE EMPLOYERS I-X, and ROE COMPANIES I-X,<br><br>　　　　　　　　Defendants. | Case No.:   2:19-cv-01236-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　Defendant Ford Motor Company and Plaintiffs Arlem Figueroa, Daniel Figueroa, Damien Figueroa, Dante Figueroa, Marisol Contreas, as natural parent and legal guardian of Leslie Figueroa and Janie San Juanita Garcia, as natural parent and legal guardian of Dania Figueroa, by and through their counsel of record, hereby stipulate and agree to dismiss this case in its entirety with prejudice.

/ / /

/ / /

/ / /

Each party will bear its own fees and costs.

DATED this 14th day of July, 2022.

SNELL & WILMER L.L.P.

By: /s/ Morgan T. Petrelli
Vaughn A. Crawford, Esq.
Morgan T. Petrelli, Esq.
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169

*Attorneys for Defendant
Ford Motor Company*

DATED this 14th day of July, 2022.

BIGHORN LAW

By: _____
Kimball Jones, Esq.
Jacob G. Leavitt, Esq.
Joshua P. Berrett, Esq.
2225 E. Flamingo Road
Building 2, Suite 300
Las Vegas, NV 89119

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED this __15th__ day of July, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s/ Morgan T. Petrelli
Vaughn A. Crawford
Nevada Bar No. 7665
Morgan T. Petrelli, Esq.
Nevada Bar No. 13221
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant
Ford Motor Company*